In Re:                                                  Case Number: 22-20014-HAC-13

Lakeshia Ray

    Debtor(s)

## ORDER DISMISSING CHAPTER 13 CASE

This matter is before the court on the objection of the chapter 13 Trustee to confirmation of the plan or in the alternative to dismiss the case. Appearances were noted in the record. The court having found the motion to dismiss to be appropriate,

It is ORDERED that:

1. The bankruptcy case is dismissed with an injunction against debtor(s) filing another chapter 13 case for a period of 60 days.

DATED: 8/22/2022

                                                        /s/ HENRY A. CALLAWAY
                                                        U.S. BANKRUPTCY JUDGE

ORDER PREPARED BY:
Chapter 13 Trustee's Office