UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: Lakeshia Ray  
SSN: XXX-XX-6486

CASE NO. 22-20014-HAC-13

**ORDER TO DEBTOR'S EMPLOYER RELEASING WAGES**

It is ORDERED that the Wage Order heretofore issued to:

> CONCENTRIX - CVG CONSUMER MANAGEMENT GROUP  
> 201 EAST FOURTH STREET  
> ATTN: PAYROLL  
> CINCINNATI, OH 45202

in the above styled case is hereby released.

The employer is hereby authorized to give all future wages directly to the debtor.

DATED: August 23, 2022

HENRY A. CALLAWAY  
U.S. BANKRUPTCY JUDGE

BY: Daniel B. O'Brien  
CHAPTER 13 TRUSTEE

CC: Lakeshia Ray  
159 1st Avenue  
Sardis, AL 36775

Richard D. Shinbaum  
566 South Perry Street  
Montgomery, AL 36104

U. S. BANKRUPTCY COURT  
113 ST. JOSEPH STREET  
MOBILE, AL 36602